IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW TIMES INC, SAN FRANCISCO NEWSPAPER PRINTING COMPANY, INC., GANNETT SATELLITE INFORMATION NETWORK, INC., THE NEW YORK TIMES COMPANY, SAN JOSE MERCURY NEWS, INC., LOS ANGELES TIMES, A DIVISION OF THE TIMES MIRROR COMPANY, DOW JONES & COMPANY, INC., and BAY GUARDIAN COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, and ADSHEL, INC., <br><br> Defendants. | No. C 99-00020 WHA <br><br> **ORDER REQUESTING RESPONSE TO MOTION FOR SECURITY DEPOSIT REFUND** |

The Court has received the motion for refund of money paid into the Court's registry by plaintiff Gannett Satellite Information Network, Inc. Defendants are requested to respond to the motion by **FRIDAY, JANUARY 18, 2008**, at **NOON**.

**IT IS SO ORDERED.**

Dated: January 9, 2008,

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE